CONFORMING COPY

1  EDWARD R. SCHWARTZ, CA Bar No. 147553
   ers@cph.com
2  CHRISTIE, PARKER & HALE, LLP
   350 West Colorado Boulevard, Suite 500
3  Post Office Box 7068
   Pasadena, California 91109-7068
4  Telephone: (626) 795-9900
   Facsimile: (626) 577-8800
5
   Attorneys for Plaintiff,
6  Blumenthal Distributing, Inc.
   dba Office Star Products
7




8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10

11 BLUMENTHAL DISTRIBUTING,           Case No. EDCV08-1757 SGL (OPx)
   INC.
12 dba OFFICE STAR PRODUCTS,          **COMPLAINT FOR:**

13          Plaintiff,                1. **INFRINGEMENT OF AN UNREGISTERED TRADEMARK;**
14     vs.                            2. **FALSE ADVERTISING;**
15 NORSTAR PRODUCTS, INC. dba         3. **COMMON LAW UNFAIR COMPETITION**
   BOSS OFFICE PRODUCTS and
16 OFFICE FURNITURE OUTLET,
   INC.,
17                                    **JURY DEMAND**
            Defendants.
18

19 I.    **JURISDICTION.**

20     1.   This is an action for infringement of an unregistered trademark
21 pursuant to 15 U.S.C. § 1125(a); false advertising and false representation of fact
22 pursuant to 15 U.S.C. § 1125(a) and California Business & Professions Code
23 § 12024.6; and unfair competition under the common law of California. This
24 Court has supplemental jurisdiction over Plaintiff's state law claims under 28
25 U.S.C. § 1267(a).

26     2.   Venue is proper under 28 U.S.C. § 1391(b) and (c) in that
27 Defendants are corporations which are subject to personal jurisdiction in this
28 judicial district.

-1-

## II. PARTIES.

3. Plaintiff Blumenthal Distributing, Inc. which does business under the trade name Office Star Products ("Office Star") is a corporation organized and existing under the laws of the State of California having a principal place of business at 1901 S. Archibald Avenue, Ontario, California 91761.

4. On information and belief, Defendant Norstar Office Products, Inc. which does business under the trade name Boss Office Products ("Boss") is a corporation organized under the laws of the State of California, having a principal place of business at 5353 Jillson Street, Commerce, California 90040.

5. On information and belief, Defendant Office Furniture Outlet, Inc. ("OFO") is a corporation organized and existing under the laws of California having a principal place of business at 8840 Miramar Road, Building C, San Diego, California 92126 and which does business within this judicial district.

## III. FACTUAL BACKGROUND.

6. Plaintiff has used the marks 5500 and 5700 for office chairs since June 2004.

7. Plaintiff has extensively promoted its 5500 and 5700 office chairs nationwide in advertising and on its internet web site with the result that these marks have acquired a secondary meaning as an identification of the source of the chairs.

8. Plaintiff has been careful, skillful and diligent in the conduct of its business and has maintained uniform standards of high quality in its goods. As a result of these efforts, Plaintiff's 5500 and 5700 trademarks have acquired a public acceptance and reputation, thereby creating a goodwill which inures to Plaintiff's benefit.

9. On March 18, 2008 Office Star sued Boss for infringement of a design patent, which design was embodied in Office Star's 5500 and 5700 chairs. The accused chairs in that litigation were offered by Boss under the trademarks

CHRISTIE, PARKER & HALE, LLP

B5500 and B5700. In settlement of that litigation, Boss agreed, *inter alia*, to stop selling the chair design in the United States that was embodied in the B5500 and B5700 chairs offered by Boss.

10. The foregoing settlement agreement notwithstanding and with full knowledge of Plaintiff's business and Plaintiff's rights in the trademarks 5500 and 5700 and the public recognition thereof, Defendants have offered and/or offer office chairs for sale nationwide, including in this judicial district, which are competitive with Plaintiff's goods, which chairs are identified by the designations B5500 or B5700.

11. Defendant OFO displays an office chair on its web site designated the "Boss Task Contoured Mesh Back Chair," which chair had previously been designated as the B5500 by Defendant Boss, and which Boss had agreed to cease selling. Upon ordering the referenced chair shown on OFO's web site, Boss fulfils the order by shipping a different chair.

12. Boss uses the trademarks B5500 and B5700 on its web site as links to another Boss chair, Boss's B6808 chair.

## FIRST CLAIM FOR RELIEF

**(Infringement of An Unregistered Trademark)**

13. Plaintiff repeats and realleges paragraphs 1 through 12 hereinabove.

14. Plaintiff's trademarks 5500 and 5700 have acquired distinctiveness as a result of their use by Plaintiff.

15. Defendants' use of Plaintiff's unregistered trademarks is likely to cause confusion that Defendants' goods are sponsored or authorized by or affiliated with Plaintiff.

16. The above-described acts of Defendant constitute infringement of an unregistered trademark and a false designation of origin in violation of 15 U.S.C. § 1125(a) in that Defendants have used in connection with their goods a trademark which is likely to cause confusion or mistake or to deceive that

-3-

Defendants' goods are authorized or sponsored by, or are affiliated with Plaintiff and has caused such goods to enter into commerce which may be regulated by Congress.

17. Plaintiff is being damaged and is likely to be damaged in the future by Defendants' infringement by reason of the likelihood that prospective purchasers and purchasers of Defendants' goods will be confused as to the source, sponsorship, or affiliation of Defendants' goods.

18. Defendants have unfairly profited from the actions alleged herein and will continue to be unjustly enriched unless and until such conduct is enjoined.

19. By reason of Defendants' acts alleged herein, Plaintiff has and will continue to suffer damage to its business goodwill.

20. By reason of Defendants' acts alleged herein, Plaintiff has suffered and will suffer irreparable harm unless and until Defendants' conduct is enjoined.

21. Defendants' acts alleged herein were willful and taken in conscious disregard of Plaintiff's rights.

## SECOND CLAIM FOR RELIEF

### (False Advertising)

22. Plaintiff repeats and realleges paragraphs 1 through 20 hereinabove.

23. Defendant OFO has displayed on its website and offered for sale an office chair of Defendant Boss which is no longer available and Defendant Boss fills orders for the chair which is no longer available with a different chair.

24. Defendants' "bait and switch" offer for sale of a chair which is discontinued with the intent to entice customers into buying a different product constitutes false advertising and a false representation of fact in violation of 15 U.S.C. § 1125(a) and California Business & Professions Code § 12024.6.

25. Plaintiff is being damaged and is likely to be damaged in the future by Defendants' acts of false advertising and false representation of fact because of

CHRISTIE, PARKER & HALE, LLP

the likelihood that potential customers of the products advertised by Defendants will be confused or mistaken as to the source, sponsorship or approval of products actually offered for sale and/or sold by Defendants.

26. Defendants have unfairly profited from the actions alleged herein and will continue to be unjustly enriched unless and until such conduct is enjoined.

27. By reason of Defendants' acts alleged herein, Plaintiff has suffered and will continue to suffer damage to its goodwill and has and will continue to suffer irreparable harm unless and until Defendants' conduct is enjoined.

28. Defendants' acts of false advertising and false representation of fact were willful.

## THIRD CLAIM FOR RELIEF

### (For Common Law Unfair Competition)

29. Plaintiff repeats and realleges paragraphs 1 through 28 hereinabove.

30. The above-described conduct of Defendants constitutes unfair competition under the common law of the State of California.

31. As a result of such actions, Plaintiff has been damaged in an amount to be proven at trial.

32. Because Defendants' oppressive and vexatious conduct has been intentional, willful, and in reckless disregard of Plaintiff's rights, Plaintiff is entitled to punitive damages against Defendants.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. That this Court declare that the trademarks 5500 and 5700 are valid and are owned by Plaintiff.

2. That this Court declare that Defendants have infringed Plaintiff's trademark rights and have committed acts of unfair competition by their unauthorized use of the trademarks 5500 and 5700 and by their offer for sale or

-5-

promotion of an office chair which is intended to entice a consumer into a transaction different from that originally requested.

     3.    That Defendants, their agents, employees, and representatives and all persons acting in concert or in privity with any of them be permanently enjoined from: a) using the trademarks 5500 and 5700 alone or in combination with other words, symbols, or designs in any advertising, web site, or for any other purpose; and b) from bait and switch tactics;

     4.    That Plaintiff be awarded the greater of its damages or Defendants' profits resulting from its willful infringement of Plaintiff's trademark rights and willful false and deceptive advertising;

     5.    That damages resulting from Defendants' willful trademark infringement and false and deceptive advertising be trebled in accordance with the provisions of 15 U.S.C. § 1117;

     6.    That Plaintiff be awarded punitive damages against both Defendants under the common law of California;

     7.    That Plaintiff be awarded its attorney's fees, expenses and costs incurred in connection with this case; and

     8.    That Plaintiff be awarded such other relief as may be appropriate.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

DATED: December 1, 2008    By _____
Edward R. Schwartz
Attorneys for Plaintiff,
Blumenthal Distributing, Inc.
dba Office Star Products

BLV PAS825261.1-*-11/26/08 2:30 PM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen G. Larson and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

### EDCV08- 1757 SGL (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [X] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Edward R. Schwartz
Christie, Parker & Hale, LLP
350 W. Colorado Blvd.
P. O. Box 7068
Pasadena, CA  91109-7068
626-795-9900

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Blumenthal Distributing, Inc. dba Office Star Products | CASE NUMBER: |
|---|---|
| Plaintiff(s) | EDCV08-1757 SGL (OPx) |
| v. | |
| Norstar Products, Inc. dba Boss Office Products and Office Furniture Outlet | SUMMONS |
| Defendant(s) | |

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney Edward R. Schwartz_____, whose address is:

Christie, Parker & Hale, LLP
350 W. Colorado Blvd., Suite 500
Pasadena, California 91105
626-795-9900

an answer to the  [X] complaint  [ ] _____ amended complaint  [ ] counterclaim  [ ] cross-claim which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

Date:  **DEC - 2 2008**           By: _Natalie Longoria_
                                         Deputy Clerk

*(Seal of the Court)*

SUMMONS

CV-1A (01/01)                                                                                       CCD-1A

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I(a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Blumenthal Distributing, Inc. dba Office Star Products

**DEFENDANTS**
Norstar Products, Inc. dba Boss Office Products and Office Furniture Outlet

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Edward R. Schwartz
Christie, Parker & Hale, LLP
350 W. Colorado Blvd.
P. O. Box 7068
Pasadena, CA  91109-7068
626-795-9900

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement 15 U.S.C. Section 1125(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | | ☐ 790 Other Labor Litig. |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | FORFEITURE/PENALTY | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determina- tion Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 660 Occupational Safety/Health | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | ☐ 690 Other | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?  ☒ No  ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: **EDCV08-1757**

CV-71 (07/05)                          CIVIL COVER SHEET                          Page 1 of 2
                                                                                  CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?   [X] No   [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or
[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary.)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.

San Bernardino

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.

Los Angeles

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/ Edward R. Schwartz_   Date Dec. 2, 2008

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |