1   **EDWARD R. SCHWARTZ, CA Bar No. 147553**
    *ers@cph.com*
2   **CHRISTIE, PARKER & HALE, LLP**
    **350 West Colorado Boulevard, Suite 500**
3   **Post Office Box 7068**
    **Pasadena, California 91109-7068**
4   **Telephone: (626) 795-9900**
    **Facsimile:  (626) 577-8800**
5
    Attorneys for Plaintiff/Counterdefendant,
6   BLUMENTHAL DISTRIBUTING, INC.
    dba OFFICE STAR PRODUCTS
7
    **TODD M. SORRELL, Bar No. 175143**
8   *tsorrell@fulbright.com*
    **FULBRIGHT & JAWORSKI, L.L.P.**
9   **555 South Flower Street, Forty-First Floor**
    **Los Angeles, California 90071**
10  **Telephone:  (213) 892-9200**
    **Facsimile:  (213) 892-9494**
11
    Attorneys for Defendant/Counterclaimant
12  Norstar Products, Inc.

13

14              UNITED STATES DISTRICT COURT

15      CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

16

17  BLUMENTHAL DISTRIBUTING,              Case No. EDCV08-01757-SGL (OPx)
    INC. dba OFFICE STAR PRODUCTS,
18                                        **JOINT NOTICE OF DISMISSAL**
                Plaintiff,                **OF CLAIMS AND**
19                                        **COUNTERCLAIMS**
            vs.
20                                        **Hon. Stephen G. Larson**
    NORSTAR PRODUCTS, INC. dba
21  BOSS OFFICE PRODUCTS,

22              Defendant.

23  AND RELATED COUNTERCLAIM.

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

1    Plaintiff/Counterdefendant    Blumenthal    Distributing,    Inc.    and

2   Defendant/Counterclaimant Norstar ^Office Products, Inc., by their respective counsel,

3   hereby dismiss with prejudice all of their respective claims and counterclaims

4   with each party bearing its own costs, including attorneys' fees.

5

6                                              Respectfully submitted,

7                                              CHRISTIE, PARKER & HALE, LLP

8

9   DATED: October _22_, 2009        By _____
                                              Edward R. Schwartz
10
                                        Attorneys for Plaintiff/Counterdefendant,
11                                      BLUMENTHAL DISTRIBUTING, INC.
                                        dba OFFICE STAR PRODUCTS
12

13                                      FULBRIGHT & JAWORSKI, L.L.P.

14
15  DATED: October _22_, 2009        By _____
                                              Todd M. Sorrell
16                                      Attorneys for Defendant/Counterclaimant,
                                        Norstar ^Office Products, Inc.
17

18  SES PAS871305.1-*-10/22/09 10:01 AM

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP